GORDON & SCHAAL, LLP.
ATTORNEYS AT LAW
1039 MONROE AVENUE
ROCHESTER, NEW YORK 14620
(585) 244-1070
FAX (585) 244-1085

December 8, 2009

Hon. Robert Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

    Re:    Don and Laura Wiggins
            Case No. 09-24241
            Chapter 7

Dear Judge Drain:

    By this letter, Chase hereby consents to the continuation of the stay beyond the 30 day period set forth in 11 U.S.C. Sec. 362(e), and agrees that the automatic stay will continue in place until the February 3, 2010 return date of this motion.

                                          Respectfully submitted,

                                          /s/ Deborah Schaal

                                          Deborah Kall Schaal

DKS/cmc
Enclosures

p.c.:    Don and Laura Wiggins
        Linda M. Tirelli, Esq.
        Mark S. Tulis, Esq.